

# City of Lakeland

Date:   January 30, 2024

City of Lakeland, Municipal Environmental Court
10001 U.S. Hwy 70
Lakeland, Tn. 38002
(901) 867-2717

### Notice of Scheduled Municipal Environmental Court Hearing

Defendant(s):  Joseph and Julie Pereira
Address:   5055 Adagio Ln.
            Lakeland, TN  38002

Defendant(s):
Address:

You are hereby required to appear before the City of Lakeland Municipal Environmental Court on the date of 2 / 21 / 2024 as a response to charge(s) filed against you for a violation(s) of the **City of Lakeland Municipal Code and/or Lakeland Land Development Regulations**:
**Section(s):**  14-405 Prohibited signs and devices

Your failure to appear before this court on the scheduled hearing date can result in a guilty plea assessed against you in absentia along with court ordered fines and costs levied as well. Please contact Lakeland City Hall to reschedule your court date if you are unable to attend.

Katrina Shields
City of Lakeland, Office of Code Enforcement

# City of Lakeland, Tennessee

*Environmental Court Citation*     Court Docket # _____

## Shelby County, State of Tennessee

The undersigned, being duly sworn upon this oath deposes and says:

On the __30th__ day of __January__ 2024 at __11__ (am/~~pm~~)

Defendant; __Joseph and Julie Pereira__        Business: _____
Address: __5055 Adagio Ln.__                   Phone#: _____
Defendant: _____                          Business: _____
Address: _____                            Phone#: _____

Did commit these specified violations of the Lakeland City Municipal Code and/or the Lakeland Land Development Regulations:

Section(s): __14-405 Prohibited signs and devices__
Section(s) : _____

These specified violation(s) occurred within the City of Lakeland (Shelby County, State of Tennessee) at: __5055 Adagio Ln. Lakeland, TN 38002__

Complainant/ Affiant: __Katrina Shields__ (Code Enforcement Officer) City of Lakeland, Tn.
Witness: __N/A__

This Environmental Court Citation was prepared and filed upon the following facts:

A routine neighborhood inspection was made on __January 22, 2024__ at __11__ am/~~pm~~
A complaint was received via __email & phone__ to the City of Lakeland alleging a property violation at the above listed location. The Code Enforcement Officer observed the following: __A residential yard sign displaying a cuss word. Sign was altered and came into compliance on 1/24/2024. It was altered again on 1/30/2024 to show the entire cuss word.__

The Defendant was issued a City of Lakeland violation notice requiring the violation(s) to be corrected on or before __1/23/2024__. A subsequent inspection on __1/30/2024__ showed no required correction(s) had been made which constitutes a continuous violation(s) of the Lakeland City Municipal Code and/or Lakeland Land Development Regulations.

This affidavit sworn and subscribed before me this date: __January 30, 2024__

Affiant Signature: __K. Shields__ / Lakeland City Clerk Signature: __Cheyenne Canter__

Having received a copy of this citation, I agree to appear in court on the indicated date and time of: __10:00 am__ on the date of: __2/21/2024__ at the City of Lakeland, Environmental Court at 10001 U.S. Highway 70 Lakeland, Tennessee 38002. Phone (901) 867-2717/Fax (901)867-2063. Failure to appear may result in a charge of contempt of court which can result in additional fines and/or possible imprisonment.

