## DECLARATION OF JULIE PEREIRA

1. My name is Julie Pereira, I have personal knowledge of the facts affirmed in this Declaration, I am competent to testify regarding them, and I swear under penalty of perjury that they are true.

2. I am the Plaintiff in this matter.

3. I have reviewed the contents of the Verified Complaint filed in this matter, I have personal knowledge of the allegations set forth therein, and I hereby make oath and affirm that the contents of the Verified Complaint are true and correct and that all of the Verified Complaint's exhibits are authentic.

4. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __Jun 6, 2024__

Signature: *Julie Pereira*
Julie Pereira

# Pereira Declaration

Final Audit Report                                                                 2024-06-06

| | |
|---|---|
| Created: | 2024-06-06 |
| By: | Horwitz Law PLLC (daniel@horwitz.law) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAXzIWej1xx4bZBezboQmvYtFQ564GrYTp |

## "Pereira Declaration" History

📄 **Document created by Horwitz Law PLLC (daniel@horwitz.law)**
2024-06-06 - 4:50:23 PM GMT- IP address: 69.226.239.171

✉️ **Document emailed to Julie Pereira (juliedelgado816@gmail.com) for signature**
2024-06-06 - 4:50:34 PM GMT

📄 **Email viewed by Julie Pereira (juliedelgado816@gmail.com)**
2024-06-06 - 5:10:15 PM GMT- IP address: 66.249.80.100

✍️ **Document e-signed by Julie Pereira (juliedelgado816@gmail.com)**
Signature Date: 2024-06-06 - 5:10:56 PM GMT - Time Source: server- IP address: 73.59.239.60

✅ **Agreement completed.**
2024-06-06 - 5:10:56 PM GMT

**Adobe Acrobat Sign**