## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JULIE PEREIRA, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | Case No. 2:24-cv-02380 |
| CITY OF LAKELAND, TENNESSEE, and KATRINA SHIELDS, | § § § § | |
| *Defendants*. | § | |

### JOINT MOTION TO APPROVE CONSENT DECREE

Come now the Parties, through counsel, and respectfully move this Court to approve their proposed order of settlement and compromise, which is attached to this motion for the Court's review as **Attachment #1**. Given its terms, judicial approval of the Parties' consent decree is necessary. *See Lexington Ins. Co. v. Ambassador Grp. LLC*, 581 F. Supp. 3d 863, 870 (W.D. Ky. 2021) (discussing district courts' discretion to enter consent decrees and to order an injunction in parallel with a private settlement); *Williams v. Vukovich*, 720 F.2d 909, 920 (6th Cir. 1983) (elaborating on considerations for district court prior to entry of consent decree). If approved, all matters in controversy in this litigation will be fully and finally resolved.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Melissa Dix, BPR #038535
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
melissa@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

*Counsel for Plaintiff*

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2024, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, USPS Mail, and/or via email, to:

Edward J. McKenney, Jr.
6060 Primacy Parkway
Suite 100
Memphis, TN 38119
Direct 901.432.9216 | Tel 901.525.1455 | Fax 901.526.4084
emckenney@harrisshelton.com

*Attorney for Defendants*

          /s/ Daniel A. Horwitz_____
          Daniel A. Horwitz, BPR #032176